**Dismiss and Opinion Filed October 14, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00478-CV**
_____

**RONALD PARKER, Appellant**
**V.**
**HALIM CAPITAL INVESTMENTS LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-01750-D**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Miskel

Appellant's brief in this appeal is overdue. By postcard dated August 19, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 38.8 (a)(1); 42.3(b), (c).

240478f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RONALD PARKER, Appellant

No. 05-24-00478-CV     V.

HALIM CAPITAL INVESTMENTS
LLC, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-24-01750-
D.
Opinion delivered by Justice Miskel.
Justices Partida-Kipness and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered this 14th day of October, 2024.